## Rosa L. Thompson v. Charles W. Simms.

### Gen. No. 4,701.

This case is controlled by the decision in Dickinson v. Simms, *ante*, p. 18-20.

Action of assumpsit. Appeal from the Circuit Court of Peoria county; the Hon. THEODORE N. GREENE, Judge, presiding. Heard in this court at the April term, 1906. Reversed and remanded. Opinion filed July 17, 1906.

ARTHUR KEITHLEY, for appellant.

JOSEPH A. WEIL, ISAAC J. LEVINSON and IRWIN L. FULLER, for appellee.

PER CURIAM. This cause, being an appeal from the Circuit Court of Peoria county, is the same controversy with the same parties as Dickinson v. Simms, *ante,* p. 18-20, in which appellant herein was one of plaintiffs in error upon her own motion. It being disposed of by the reversal of Dickinson v. Simms, *supra,* wherein

appellant was plaintiff in error, it is unnecessary to consider the other errors assigned by appellant.
Judgment reversed and cause remanded.

                           *Reversed and remanded.*